**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL QUINTON BONNER, | ) NO. SACV 99-00091-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| K. HARRINGTON, | ) |
| Respondent. | ) |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 11, 2010

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE